# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

| | | |
|---|---|---|
| **NO:** | | 1:17-cv-1159-STA-egb |
| **USA v.** | | David Lynn Jordan |
| **AD** | | Prosequendum |
| **FOR:** | | Status Conference |

**TO:** Warden
Riverbend Maximum Security Institution
7475 Cockrill Bend Industrial Blvd.
Nashville, TN 37209

YOU ARE HEREBY COMMANDED to have the person of **David Lynn Jordan, #411510,** by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable S. Thomas Anderson, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 9:30 a.m. on the 13th day of June, 2019**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED this the 3rd day of June, 2019.

s/ S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE