## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID LYNN JORDAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 1:17-cv-1159-STA-jay** |
| **v.** | ) | |
| | ) | |
| **TONY MAYS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>ORDER GRANTING UNOPPOSED MOTION TO ALLOW FILING UNDER SEAL</u>

Before the Court is the Unopposed Motion to Allow Filing Under Seal (ECF No. 70), filed on behalf of third-party Stacie Lieberman, requesting that a memorandum of law and exhibit to her Motion for a Protective Order (*see* ECF No. 68) be filed under seal to insure that Lieberman's confidential information is not inadvertently or publicly disclosed. Because there is a compelling interest in maintaining the confidentiality of medical records and certain personnel information and because the "privacy rights" of third parties, such as Lieberman, are "among those interests which, in appropriate cases, can limit the presumptive right of access to judicial records," the Court finds good cause to allowing the filing under seal. *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 478 (6th Cir. 1983); *see also Harmon v. Honeywell Intelligrated*, No. 1:19-CV-670, 2022 WL 836419, at *2 (S.D. Ohio Mar. 21, 2022). The unopposed Motion to Allow Filing under Seal is GRANTED. The documents filed at ECF Nos. 71 and 72 have been filed under seal and shall remain under seal pursuant to this Order.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  April 18, 2022.